UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                               :

NATOSHA DUNSTON,
                               :

                  Plaintiff,   :

                               :

        -against-        :

                               :

787 COFFEE ROASTERS LLC, *et al.*,
                               :

              Defendants.  :

                               :

--------------------------------------------------------X

19-CV-9055 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/14/2020__

VERNON S. BRODERICK, United States District Judge:

        The Clerk of the Court has entered a Certificate of Default in this matter.  (Doc. 13.)

Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to

take action in this case within thirty (30) days.

        SO ORDERED.

Dated: January 14, 2020
       New York, New York

                               Vernon S. Broderick
                               United States District Judge