UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NATOSHA DUNSTON,                                            :
                                                            :
                                        Plaintiff,         :
                                                            :
                        -against-                           :
                                                            :
787 COFFEE ROASTERS LLC, *et al.*,                          :
                                                            :
                                        Defendants.        :
                                                            :
------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:                               │
│ DATE FILED:    8/10/2020             │
└─────────────────────────────────────┘
```

19-CV-9055 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

The parties have reported that this case has settled.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within ninety (90) days.

SO ORDERED.

Dated: August 10, 2020
       New York, New York

Vernon S. Broderick
United States District Judge